UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| CCI, INC., | ) |
| | ) Case No. 14-1470 |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| ARMY, | ) |
| | ) |
| Appellee. | ) |

**UNOPPOSED MOTION OF APPELLANT
FOR 28-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant CCI, Inc. ("CCI") respectfully files this unopposed motion for an extension of twenty-eight (28) days, up to and including August 14, 2014, in which to file its opening brief. CCI's brief is currently due on July 17, 2014. This is CCI's first request for an extension of time. CCI has contacted Jeffrey A. Regner, counsel of record for Appellee, who stated that Appellee does not oppose this motion, provided that Appellee is granted an extension of fourteen (14) days, up to and including October 7, 2014, in which to file its response brief.

This is an appeal from a final decision of the Armed Services Board of Contract Appeals ("ASBCA") denying CCI's appeal of a contracting officer's decision to deny CCI's certified differing site conditions claim. CCI has been working diligently to prepare its opening brief.

However, as set forth in the attached declaration of Lisa M. Marchese, CCI needs an extension of time to prepare its brief because of the length of the ASBCA's final decision, the considerable size of the trial record, the number and complexity of the issues to be presented for review, the process of transitioning between trial counsel and appellate counsel, and counsel's time commitments in other matters. This extension also benefits Mr. Regner as it accommodates scheduling conflicts that would otherwise exist for his response brief.

For the foregoing reasons, CCI respectfully requests that the Court grant its request for an extension of twenty-eight (28) days, up to and including August 14, 2014, in which to file its opening brief. CCI also respectfully requests that the Court grant the Appellee a time extension of fourteen (14) days, up to and including October 7, 2014, in which to file its response brief. A proposed order is attached.

DATED this 3rd day of July, 2014.

/s/ Lisa M. Marchese
DORSEY & WHITNEY LLP
Lisa M. Marchese
Traeger Machetanz
Jonathan DeMella
701 Fifth Avenue, Ste. 6100
Seattle, WA 98104
Telephone: (206) 903-8800

Attorneys for Appellant CCI, Inc.